**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 13-30192 |
| Plaintiff - Appellee, | 13-30193 |
| v. | D.C. Nos. 2:12-cr-00237-JCC |
| | 2:12-cr-00375-JCC |
| RAHMAN JOHNSON, | |
| Defendant - Appellant. | MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
John C. Coughenour, District Judge, Presiding

Submitted August 13, 2014[**]

Before:     SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

In these consolidated appeals, Rahman Johnson appeals from the district

court's judgments and challenges his guilty-plea conviction and 24-month sentence

for conspiracy to distribute controlled substances, in violation of 21 U.S.C.

§§ 841(a)(1), 841(b)(1)(C), and 846; and his guilty-plea conviction and

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

consecutive 72-month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 3147(1).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Johnson's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Johnson the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**